Sidney Bruce, Homer Cunningham, James Arnold, and William H. Fambro, Trustees of the Second Baptist Church of Freeport, Illinois, Plaintiffs-Appellants, v. Robert Hunter, Clara Hunter, George Ervin, Bessie Ervin, Richard Wallace, Susie Wallace, Louis Gossett, Jr., Oscar Morgan, Mamie Farr, Ella Slaughter, John Brumfield, Rosie Brumfield and Lina Nesby, Defendants-Appellees.

**Gen. No. 11,520.** 

Second District, First Division.

October 12, 1961.

Samuel L. Dean, Jr., of Rockford, for appellant; Harold R. Nettles, of Freeport, for appellee. Opinion by JUDGE DOVE. Not to be published in full.